SAMUEL BOBIER, Respondent, v. RALPH OLIVA, Appellant.— Order modified by denying the motion for judgment on the pleadings, upon condition that within ten days defendant pay costs to date, together with ten dollars costs and disbursements on this appeal, and serve an amended answer asking reformation of the contract; otherwise, order affirmed, with costs. No opinion. Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ., concur.

MILDRED BUSARDO, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Judgment and order reversed on the facts, and a new trial granted, with costs to abide the event. We think the finding of the jury that the premium on the policy in suit was paid on January 19, 1923, is against the weight of the evidence. Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ., concur.

CARNATION PHOTOPLAY Co., INC., Appellant, v. JOSEPH BASSON, Individually and as President of MOVING PICTURE MACHINE OPERATORS' UNION, LOCAL No. 306, etc., and Others, Respondents.— Order denying temporary injunction reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. On the facts disclosed by the record, picketing the plaintiff's premises was an unlawful act. (Stuyvesant L. & B. Corp. v. Reiner, 110 Misc. 357; affd., 192 App. Div. 951; Yates Hotel Co. v. Meyers, 195 N. Y. Supp. 558: Rosen Bros. & Co. v. Mackler, 209 App. Div. 886; Yablonowitz v. Korn, 205 id. 440.) Kelly, P. J., Rich, Jaycox and Kapper, JJ., concur; Lazansky, J., dissents. (See N. & R. Theatres, Inc., v. Basson, N. Y. L. J. March 11, 1925; Id. May 1, 1925.)

RALPH H. CLYNNE, Respondent, v. SCHARF BROS. & SONS, INC., Appellant. ISIDORE KELMAN, Respondent, v. SCHARF BROS. & SONS, INC., Appellant. ISIDORE KELMAN, Respondent, v. HARRY SCHARF and Another, Appellants.— Judgment and order granting extra allowance unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

THOMAS F. CONWAY, Respondent, v. MERGENTHALER LINOTYPE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.

JOHN FOX, Respondent, v. ANDREW McGOVERN, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.

ABRAHAM GATNER, Appellant, v. JOSEPH LEVY and Another, Respondents.— Order denying plaintiff's motion for inspection and discovery of defendants' books affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

DAVID F. GRIFFEN, Appellant, v. TYPEWRITTEN LETTERS, INC., Respondent, Impleaded with Others, Defendants.— Order permitting service of amended answer affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

HENRY HARROW, Appellant, v. FRANK D. CREAMER & Co., INC., Respondent. — Judgment reversed upon the law and new trial granted, with costs to appellant to abide the event, for error in excluding evidence at folios 264, 265. The court was not warranted in refusing to permit plaintiff to recall witnesses to testify as to acts of defendant's employee showing negligence. Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ., concur.